UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| V. : | **CRIM. NO. 08-271 (HHK)** |
| **JERRY WILLIAMSON** : | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

Mr. Williamson, through undersigned counsel, hereby respectfully moves this Court to continue the sentencing in this matter currently scheduled for September 30, 2009. As grounds for this Motion, undersigned counsel respectfully submits the following:

1.  On April 24, 2009, Mr. Williamson entered a plea of guilty to one count of mail fraud, in violation of 18 U.S.C § 1342. Sentencing is currently scheduled for September 30, 2009.

2.  Just prior to September 18, 2009, Mr. Williamson's wife, Sharon Williamson, became concerned about Mr. Williamson's possible memory loss. On September 18, 2009, Mr. Williamson visited a physician at the Veteran's Administration Primary Care Clinic in Deerfield Beach, Florida. At the appointment, Mr. Williamson's physician ran several tests which raised concerns about the possible onset of Alzheimer's disease. The same day, Mr. Williamson was referred to a specialist, who ran further tests. Mr. Williamson was informed that the preliminary results of the tests show that he suffers from borderline dementia. The final test results will supposedly be available on October 2, 2009.

3.  Based on the foregoing, the defense respectfully moves for a 30-day continuance of Mr. Williamson's sentencing. This will provide the defense with the opportunity to retrieve relevant medical records and further investigate Mr. Williamson's medical condition. The

defense respectfully submits that if indeed Mr. Williamson suffers from dementia or a related condition, this may be a relevant factor for the Court in imposing sentence under 18 U.S.C. § 3553(a)(1).

4. The defense has attempted to contact DOJ Trial Attorney Jeff McClellan regarding the relief requested in this Motion. Mr. McLellan's voicemail states that he is out of the office today. Counsel was unable to reach him by the time of filing.

                                                    Respectfully Submitted,

                                                    _____/s/_____
                                                    Jonathan S. Jeffress
                                                    Assistant Federal Public Defender
                                                    625 Indiana Avenue, NW
                                                    Washington, D.C. 20004
                                                    (202) 208-7500, ex. 134

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| V. : | **CRIM. NO. 08-271 (HHK)** |
| **JERRY WILLIAMSON** : | |

### ORDER

Upon consideration of Defendant's Motion to Continue Sentencing, and for good cause shown, it is by the Court hereby

ORDERED that the motion is GRANTED. The September 30, 2009 sentencing date is hereby VACATED. Sentencing is now set for _____, 2009 at _____ am/pm.

SO ORDERED.

_____       _____

DATE                              THE HONORABLE HENRY H. KENNEDY
                                  UNITED STATES DISTRICT JUDGE