UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**EDDIE RAY KAHN, et al,.,**<br><br>**Defendants.** | Criminal Action 08-00271 (HHK) |

**ORDER**

The Court issued a pretrial order in this case on October 8, 2009 [#171]. The Government filed objections to that order [#173], as did defendant Danny True [#174]. The Court held a status hearing on October 20, 2009, to resolve issues raised in those filings. Upon consideration of the objections and the record of this case, and consistent with its statements on the record, the Court hereby amends its pretrial order as follows.

1. Defendants will have twelve (12) peremptory challenges for prospective jurors, to be exercised separately such that each defendant will have three (3) challenges;

2. There will be four (4) alternate jurors;

3. Defendants together will have two (2) peremptory challenges for the alternate jurors only and the Government will have two (2) such challenges;

4. The Government must keep the boxes of exhibits discussed at yesterday's hearing in their present location until the trial of this case is completed;

5. By no later than noon on October 21, 2009, the Government may supplement the

production of exhibits that was to be effected on October 19 to include approximately twelve (12) emails that were inadvertently not included. To the extent the Government seeks to add additional exhibits, that motion is **DENIED**;

6. The Government shall disclose to defendants "Jencks" material by no later than October 29, 2009;

7. All argument and questioning of witnesses by attorneys and *pro se* defendants shall be presented from the lectern;

8. In the absence of an agreement by defendants, the sequence of defense arguments and questioning will occur in the order in which defendants' names appear in the indictment;

9. One (1) case agent may sit at counsel table with attorneys for the Government;

10. Any remaining motion(s) arising from inquiries made during yesterday's status shall be made in writing by October 23, 2009; Any opposition to such motion(s) shall be due on October 30, 2009.

11. The deadline for the filing of the parties' pretrial statements is extended to November 2, 2009.

**SO ORDERED**

Henry H. Kennedy, Jr.
United States District Judge