UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

v.                              :        CR. NO. 08-271 (HHK)

STEPHEN HUNTER                   :

NOTICE TO COURT REGARDING UNAVAILABILITY OF STANDBY COUNSEL

Edward C. Sussman, standby counsel for defendant Stephen Hunter, respectfully informed the court of his availability for two brief periods during the first two weeks of trial.

Counsel has been ordered to appear before the U.S. Court of Appeals for the District of Columbia on November 10, 2009, to argue United States v. Michael Battle (citation omitted), and on November 17, 2009 for argument of United States v. Edward Brown (citation omitted). Both matters are scheduled for argument at 9:30 a.m., but there is no certainty that they will actually begin at that time.

In view of counsel's standby role in these proceedings, it is believed that one of the other standby attorneys could "cover" counsel during these brief absences, and that the trial can proceed as scheduled.

Counsel, unless provided different direction by the court, will attend oral argument and then report back to trial as soon as the appellate matter is completed.

_____/s/_____
                                                                                    EDWARD C. SUSSMAN, NO. 174623
                                                                                    Standby Counsel for Defendant Hunter
                                                                                    Suite 900 - South Building
                                                                                    601 Pennsylvania Avenue N.W.
                                                                                    Washington, D.C. 20004
                                                                                    (202) 737-7110


CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing motion was served electronically this 5th day of November, 2009 on all interested parties.

                                                                                    _____/s/_____
                                                                                    Edward C. Sussman