UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action 08-00271 |
| | ) | |
| EDDIE RAY KAHN, *et. al.*, | ) | Judge Henry H. Kennedy |
| | ) | |
| Defendants. | ) | |

## NOTICE REGARDING CLOTHING

On October 26, 2009, this Court issued an Order directing the undersigned, as standby counsel, to advise defendant Eddie Ray Kahn of his right to appear before the jury dressed in clothes other than prison garb. On October 28, 2009, the undersigned met with Mr. Kahn, and advised him of the Court's Order. Mr. Kahn indicated that he would not need any other clothing as he has yet to obtain counsel.

Respectfully Submitted,

EDDIE RAY KAHN

By Standby Counsel


/s/
_____
Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW
Suite 300
Washington, D.C.  20006
(202) 462-1100
valawyer@erols.com