## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDDIE RAY KAHN, et al.,**<br><br>**Defendants.** | **Criminal Action 08-00271 (HHK)** |

## ORDER

Before the Court is the motion in limine of the Government to exclude certain evidence and argument that it anticipates defendants will seek to present to the jury. Upon consideration of the motion, the opposition thereto, and the record of this case, the Court concludes that the motion should be granted in part.

The motion is granted with respect to:

1. Lay witness testimony as to their opinion of whether [any defendant ] possessed the necessary intent to violate the law;

2. Testimony of former clients of ARL/GLM that they did not believe they were doing anything illegal or wrong in their involvement with ARL/GLM;

3. Evidence that neither the Government nor the clients of ARL suffered tax or economic loss and argument that in the absence of evidence of such loss no crime was committed;

4. Any argument regarding the exercise of prosecutorial discretion and any reference to the prosecutors as "IRS" attorneys.

In all other respects the motion is denied as it is premature with respect to the matters not

resolved above.

Henry H. Kennedy, Jr.
United States District Judge

Dated: November 9, 2009